**STATE of Missouri, Respondent,**

v.

**James E. DORSEY, a/k/a Ronald W. Brackett, Appellant.**

**No. WD33736.**

Missouri Court of Appeals, Western District.

Aug. 23, 1983.

Richard E. McFadin, F.A. White, Jr., Thomas C. Fincham, McFadin & White, North Kansas City, for appellant.

John Ashcroft, Atty. Gen., George Cox, Asst. Atty. Gen., Jefferson City, for respondent.

Before WASSERSTROM, P.J., and KENNEDY and NUGENT, JJ.

PER CURIAM:

Defendant was convicted by a jury of robbery in the first degree, Section 569.020, RSMo. 1978. He appeals from a 30 year sentence.

Affirmed under Rule 30.25(b).